Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00042-CV

IN THE INTEREST OF K.R.W., a Child,
Appellant

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06461
Honorable  Fred  Shannon, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  May 20, 2009

DISMISSED FOR WANT OF PROSECUTION

On April 3, 2009, we notified appellant that the trial court clerk had filed a notification of late clerk's record, stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.  We, therefore, ORDERED appellant to provide written proof to this court on or before March 16, 2008, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  We warned that if appellant failed to respond within the time provided, this appeal will be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  As of this

date, appellant has failed to either comply with or respond to this order.  Therefore, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).


PER CURIAM